UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20601-Martinez/Becerra

UNITED STATES OF AMERICA

vs.

CARLOS DAVID VELEZ JAVIER,
a/k/a "Chito,"

Defendant.
_____/

## FACTUAL PROFFER

Pursuant to Rule 11(b)(3), the following sets forth the factual basis for defendant **CARLOS DAVID VELEZ JAVIER's** guilty plea to Count One of the Information, which charges the defendant with conspiracy to distribute cocaine, knowing, intending, and having reasonable cause to believe that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 963. The United States of America and the defendant agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1. From 2016 through 2019, the defendant was part of a drug trafficking organization ("DTO") that engaged in the shipment of cocaine from the Dominican Republic to the United States, including South Florida. DTO members in the Dominican Republic compiled loads of cocaine from various investors for shipment from the Dominican Republic to the United States aboard recreational boats. DTO members in the United States would receive the shipment, distribute the cocaine, and send the proceeds from the sale of the cocaine back to DTO members in the Dominican Republic.

2. The defendant served as an investor of small amounts of cocaine in the DTO's shipments. Specifically, in total, the defendant invested more than 50 kilograms but less than 150 kilograms over the course of multiple loads that were sent to the United States. Evidence of the defendant's participation in the DTO is contained in drug ledgers recovered by the government.

3. In late-2018, DTO members compiled a multi-hundred-kilogram load of cocaine, which successfully arrived in South Florida aboard the SEA HUNTER. The defendant invested cocaine in this load. The shipment was dispatched from the Dominican Republic and arrived in the United States in or around November 2018.

4. The defendant participated in additional loads of cocaine that were dispatched from the Dominican Republic through 2019. Due to his involvement with this DTO, the defendant made more than $500,000.00 in profits from the sale of narcotics.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 2/1/23   By: _____
ELLEN D'ANGELO
ASSISTANT UNITED STATES ATTORNEY

Date: 10/26/22   By: _____
BIJAN PARWARESCH
ATTORNEY FOR DEFENDANT

Date: 26-10-2022   By: _____
CARLOS DAVID VELEZ JAVIER
DEFENDANT