UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        **Plaintiff,**

VS.                                                                      CASE NO.: 1:22-CR-20601-JEM-1

CARLOS DAVID VELEZ JAVIER,

        **Defendant.**

_____/

## OBJECTIONS TO THE PSI REPORT

**COMES NOW,** the defendant through undersigned counsel and files these objections to the presentence investigative report.

1. The defendant hereby objects to paragraph 31 of the PSI report and would like to add that the defendant self-surrendered in coordination with law enforcement.

**WHEREFORE**, the defendant through undersigned counsel petitions this Court to grant this objection.

**I DO CERTIFY** that a copy of this notice was furnished via CM/ECF, on this 6th day of April, 2023.

Respectfully submitted,

BY:  */s/ Bijan S. Parwaresch*
Bijan S. Parwaresch
Attorney for Defendant
407 Lincoln Road, Ste 12E
Miami Beach, Florida 33139
Tele: 305-505-8858
Florida Bar No. 0127700